# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SPECTRASITE COMMUNICATIONS, LLC, a North Carolina limited liability company<br>v.<br>CHICAGO HOUSING AUTHORITY, a municipal corporation organized under the laws of the State of Illinois | FILED: JUNE 13, 2008<br>08CV3432<br>JUDGE SHADUR<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SPECTRASITE COMMUNICATIONS, LLC

TC

| NAME (Type or print) |
|---|
| David M. Rownd |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ David M. Rownd |

| FIRM |
|---|
| Thompson Coburn LLC |

| STREET ADDRESS |
|---|
| 55 E. Monroe Street, 40th Floor, Chicago |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6207951 | (312) 580-2311 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐