# United States District Court for the Northern District of Illinois

Case Number: 08CV3432   Assigned/Issued By: DAJ

Judge Name: SHADUR   Designated Magistrate Judge: COX

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

## ISSUANCES

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

__1__ Original and __0__ copies on __06/16/08__ as to __CHICAGO HOUSING AUTHORITY.__
(Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05