AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/20/08 |
| NAME OF SERVER (PRINT) Kerry Polizzi | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Chicago Housing Authority
60 West Van Buren St., Chicago, IL 60605

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Melissa Freeman - Assistant General Council.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/20/08
Date

Signature of Server: Kerry Polizzi

Address of Server: 55 E Monroe, Chicago, IL 60603

OFFICIAL SEAL
MARCIA FOTOPOULOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/16/11

Marcia Fotopoulos 6/20/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.