UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In the Matter of

Spectra Site Communications LLC, a North Carolina Limited Liability Company v. Chicago Housing Authority an Illinois Municipal Corporation

Case Number: 08 CV 3432

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Chicago Housing Authority

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE *[signed]* | | SIGNATURE *[signed]* | |
| NAME George Brown | | NAME Thomas King | |
| FIRM Chicago Housing AUthority | | FIRM Chicago Housing Authority | |
| STREET ADDRESS 60 E. Van Buren | | STREET ADDRESS 60 E. Van Buren | |
| CITY/STATE/ZIP Chicago, IL 60605 | | CITY/STATE/ZIP Chicago, IL 60605 | |
| TELEPHONE NUMBER (312) 913-7098 | FAX NUMBER (312) 913-7907 | TELEPHONE NUMBER (312) 913-7108 | FAX NUMBER (312) 913-7907 |
| E-MAIL ADDRESS gbrown@thecha.org | | E-MAIL ADDRESS tking @thecha.org | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 0313661 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6185655 | |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | | MEMBER OF TRIAL BAR? YES [X] NO [ ] | |
| TRIAL ATTORNEY? YES [X] NO [ ] | | TRIAL ATTORNEY? YES [X] NO [ ] | |
| | | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] | |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE *[signed]* | | SIGNATURE | |
| NAME Pamela Cotten | | NAME | |
| FIRM Chicago Housing Authority | | FIRM | |
| STREET ADDRESS 60 E. Van Buren | | STREET ADDRESS | |
| CITY/STATE/ZIP Chicago, IL 60605 | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER (312) 913-7104 | FAX NUMBER (312) 913-7907 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS pcotten@thecha.org | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? YES [ ] NO [X] | | MEMBER OF TRIAL BAR? YES [ ] NO [ ] | |
| TRIAL ATTORNEY? YES [ ] NO [X] | | TRIAL ATTORNEY? YES [ ] NO [ ] | |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] | | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | |