U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08-cv-03432
SPECTRASITE COMMUNICATIONS, LLC, a
North Carolina limited company
v.
CHICAGO HOUSING AUTHORITY, a municipal
corporation organized under the laws of the
state of Illinois

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SPECTRASITE COMMUNICATIONS, LLC

| | |
|---|---|
| NAME (Type or print) James L. Oakley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ James L. Oakley | |
| FIRM Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | |
| STREET ADDRESS 55 East Monroe Street, 40th Floor | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312-580-2344 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |